UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:21-CV-23093-BLOOM/Otazo-Reyes

STEPHANIE DOLI,

        Plaintiff(s),

vs.

METROPOLITAN LIFE INSURANCE COMPANY,

        Defendant(s).                 /

## JOINT NOTICE OF SETTLEMENT

COMES NOW, Plaintiff, Stephanie Doli, and Defendant, Metropolitan Life Insurance Company, by and through their undersigned counsel and pursuant to Southern District of Florida *Local Rule* 16.2 (f)(2), *S.D. Fla. L. R.*, hereby notify the Court that the parties to this action have reached a confidential settlement of this matter and anticipate filing a stipulated dismissal with prejudice in the near future.

DATED: January 26, 2022

| | |
|---|---|
| By: /s/ *Jeannine C. Jacobson* | By: */s/ Alexander A. Palamara* |
| Jeannine C. Jacobson / FBN 58777 | Alexander A. Palamara / FBN 37170 |
| Latanae L. Parker / FBN 76591 | Attorneys Dell and Schaefer, Chartered |
| Maynard, Cooper & Gale, P.C. | 2404 Hollywood Blvd |
| 9100 S. Dadeland Blvd., Ste. 1500 | Hollywood, FL 33020 |
| Miami, FL 33156 | Telephone: 954-620-8300 |
| Telephone: 305-735-3752 | Facsimile: 954-922-6864 |
| Facsimile: 205-714-6772 | Email: alex@diattorney.com |
| E-mail: jjacobson@maynardcooper.com | *Counsel for Plaintiff* |
| E-mail: lparker@maynardcooper.com | |
| *Counsel for Defendant* | |